odsmbnc (04/11)

# UNITED STATES BANKRUPTCY COURT
## District of Nebraska

In Re:

Ronald E Bolejack, Sr. and Melissa Ann Bolejack

Debtor(s)

Bankruptcy Proceeding No. 19–81064–TLS
Chapter 13

Judge: Thomas L. Saladino

## ORDER DISMISSING CASE

This case is dismissed for debtors' failure to comply with the Court's Order (Fil. #64) by failing to file an amended plan.

Dated: March 17, 2020

BY THE COURT:

/s/ Thomas L. Saladino
Chief Judge

Copies mailed to all creditors and parties in interest.